FILED
CLERK, U.S. DISTRICT COURT

July 2, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

1  STEPHANIE YONEKURA
2  Acting United States Attorney
   LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  JOANNE OSINOFF (Cal. Bar No. 141489)
5  Assistant United States Attorney
        Room 7516, Federal Building
6       300 North Los Angeles Street
7       Los Angeles, California 90012
        Telephone: (213) 894-6880
8       Facsimile: (213) 894-7819
9       Email: joanne.osinoff@usdoj.gov
10 Attorneys for Defendant
   United States of America
11

JS-6

12              UNITED STATES DISTRICT COURT

13          FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 VERONICA BROWN,                    ) CASE NO. CV 14-9962 SVW (Ex)
15          Plaintiff,                ) Consolidated with Case No. CV 15-
                                      ) 01054 SVW (Ex)
16      vs.                           )
                                      )
17                                    )
   UNITED STATES, ET AL.,             ) [PROPOSED]
18                                    ) ORDER OF DISMISSAL WITH
                                      ) PREJUDICE
19          Defendants.               )
                                      )
20                                    )
                                      )
21                                    )
                                      )
22 _____   )

23

24      Based upon the Stipulation for Dismissal filed by the parties, IT IS HEREBY

25 ORDERED that:

26      1.      The above-captioned consolidated actions, CV 14-9962 SVW (Ex) and

27 CV 15-01054 SVW (Ex), are dismissed in their entirety with prejudice; and

28

2.      Each party shall bear hers, his or its own costs, attorneys' fees and expenses.

DATED:   July 2, 2015

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:
STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

_____*/s/ Joanne S. Osinoff*_____
JOANNE S. OSINOFF
Assistant United States Attorney
Attorneys for Defendant
United States of America